# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| AL BRUNN )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DAIMLERCHRYSLER CORPORATION )<br>and ROBERT BOSCH CORPORATION )<br> )<br>    Defendants. )<br>_____ ) | CIVIL NO. 2001-0125 |

## **ORDER**

FINCH, J.

    THIS MATTER comes before the Court on the Motion to Dismiss for failure to prosecute filed by Defendant Robert Bosch Corporation and joined by DaimlerChrysler Corporation. For the reasons stated in the accompanying Memorandum Opinion, it is hereby.

    **ORDERED** that the motion to dismiss is **DENIED** on all counts.

    ENTERED this _____ day of November, 2007.

                                       _____
                                       **HONORABLE RAYMOND L. FINCH**
                                       **U.S. DISTRICT JUDGE**